**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEVEN R. SAUCEDO, JR., | No. C 13-1696 SI (pr) |
|     Petitioner, | **ORDER EXTENDING DEADLINES** |
|     v. | |
| P. D. BRAZELTON, warden, | |
|     Respondent. | |

Respondent has filed an *ex parte* request for an extension of time to respond to the petition for writ of habeas corpus. Having considered the request and the accompanying declaration of attorney Linda Murphy, the court GRANTS respondent's request. (Docket # 4.) The court now sets the following new briefing schedule: On or before **July 26, 2013**, respondent must file and serve a response to the petition. On or before **August 23, 2013**, petitioner must file and serve his traverse.

IT IS SO ORDERED.

DATED: July 10, 2013

                                                           SUSAN ILLSTON
                                           United States District Judge