UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN R. SAUCEDO, JR., | No. C 13-1696 SI (pr) |
| Petitioner, | **ORDER EXTENDING DEADLINES** |
| v. | |
| P. D. BRAZELTON, warden, | |
| Respondent. | |

Respondent has filed an *ex parte* request for an extension of time to respond to the petition for writ of habeas corpus. Having considered the request and the accompanying declaration of attorney Linda Murphy, the court GRANTS respondent's request. (Docket # 15.) Respondent must file and serve his response to the petition no later than **February 20, 2015**. Petitioner must file and serve his traverse no later than **March 20, 2015.**

IT IS SO ORDERED.

DATED: December 15, 2014

_Susan Illston_
SUSAN ILLSTON
United States District Judge