United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN R. SAUCEDO, JR., | No. C 13-1696 SI (pr) |
| Petitioner, | **ORDER EXTENDING TRAVERSE DEADLINE** |
| v. | |
| P. D. BRAZELTON, warden, | |
| Respondent. | |

Petitioner has filed an *ex parte* request for an extension of time to file his traverse in support of his petition for writ of habeas corpus. Upon due consideration, the request is GRANTED. Docket # 18. Petitioner must file and serve his traverse no later than **April 24, 2015.**

Petitioner is cautioned that he must sign all of his own filings. The court will not accept any further documents that appear to be signed by someone else on his behalf.

IT IS SO ORDERED.

DATED: March 24, 2015

                                                                                      _____
                                                                                      SUSAN ILLSTON
                                                                                      United States District Judge