UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN R. SAUCEDO, JR., | No. C 13-1696 SI (pr) |
| Petitioner, | **ORDER** |
| v. | |
| P. D. BRAZELTON, warden, | |
| Respondent. | |

Petitioner's motion for an extension of time to file his traverse and request for permission to file a oversized traverse are GRANTED. Docket # 21 and # 22. The 30-page memorandum of points and authorities in support of the traverse received on April 27, 2015 is permitted. The clerk shall file the traverse and attachments thereto, i.e., Docket # 23 and Docket # 23-1 through Docket # 23-15.

Petitioner has filed a motion for discovery. Docket # 20. No later than **May 22, 2015**, respondent must file and serve any opposition to that motion. No later than **June 19, 2015**, petitioner must file and serve his reply, if any.

IT IS SO ORDERED.

DATED: April 29, 2015

_____
SUSAN ILLSTON
United States District Judge