UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN R. SAUCEDO, JR., | No. C 13-1696 SI (pr) |
| Petitioner, | **ORDER** |
| v. | |
| P. D. BRAZELTON, warden, | |
| Respondent. | |

Respondent has filed a request for an extension of the deadline to respond to plaintiff's discovery motion. Upon due consideration of the request and the accompanying declaration of Linda Murphy, the court GRANTS the request. Docket # 26. Less time than the seven weeks requested will be granted, however, because diligent counsel should not need so much time to respond to the discovery request. The court notes that only a response to the motion (i.e., opposition or statement of non-opposition) needs to be filed by the deadline; respondent does not need to produce the discovery materials unless and until the court grants permission for petitioner to do discovery. No later than **June 24, 2015**, respondent must file and serve any opposition to that motion. No later than **July 3, 2015**, petitioner must file and serve his reply, if any.

IT IS SO ORDERED.

DATED: May 26, 2015

SUSAN ILLSTON
United States District Judge