UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN R. SAUCEDO,<br><br>            Plaintiff,<br><br>    v.<br><br>P. D. BRAZELTON,<br><br>            Defendant. | Case No. 13-cv-01696-SI<br><br>**JUDGMENT** |

The petition for writ of habeas corpus is denied on the merits.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: October 2, 2015

_____
SUSAN ILLSTON
United States District Judge